**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6916

_____

BRIAN COLES, a/k/a Ronnie Miller,

                                    Plaintiff - Appellant,

        versus

DUPREE,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:06-
cv-02208-JFM)

_____

Submitted: August 30, 2007        Decided:  September 11, 2007

_____

Before MICHAEL, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Coles, Appellant Pro Se.  Thomas Harold Bostwick, BALTIMORE
COUNTY OFFICE OF LAW, Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Coles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Coles' motion for appointment of counsel, and affirm for the reasons stated by the district court. <u>Coles v. Dupree</u>, No. 1:06-cv-02208-JFM (D. Md. May 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>